**CAREY D. GORDEN**
California State Bar No. 236251
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
carey_gorden@fd.org

Attorneys for Defendant Mr. Romero-Arroyo

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>           Plaintiff, )<br>)<br>v. )<br>)<br>**JOSE ROMERO-ARROYO**, )<br>)<br>           Defendant. )<br>_____) | Case No. 08mj0602<br><br><br>**NOTICE OF APPEARANCE** |

      Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Carey D. Gorden, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

                                                Respectfully submitted,

Dated: March 3, 2008                 *s/ Carey D. Gorden*
                                                Federal Defenders of San Diego, Inc.
                                                Attorneys for Defendant
                                                carey_gorden@fd.org