**CAREY D. GORDEN**
California State Bar No. 236251
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
carey_gorden@fd.org

Attorneys for Mr. Romero-Arroyo

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**JOSE ROMERO-ARROYO**, )<br>)<br>Defendant. )<br>) | Case No. 08mj0602<br><br>**PROOF OF SERVICE** |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

**UNITED STATES ATTORNEY**
Efile.dkt.gc2@usdoj.gov

Dated: March 3, 2008                                           s/ *Carey D. Gorden*
                                                                            **CAREY D. GORDEN**
                                                                            Federal Defenders of San Diego, Inc.
                                                                            225 Broadway, Suite 900
                                                                            San Diego, CA 92101-5030
                                                                            (619) 234-8467 (tel)
                                                                            (619) 687-2666 (fax)
                                                                            e-mail: carey_gorden@fd.org