

FILED
MAR 27 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

```
                UNITED STATES DISTRICT COURT

               SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,    ) Criminal Case No. 08CR927-W
                             )
            Plaintiff,       ) I N F O R M A T I O N
                             )
       v.                    ) Title 8, U.S.C., Sec. 1325 -
                             ) Illegal Entry (Misdemeanor);
JOSE ROMERO-ARROYO,          ) Title 8, U.S.C., Sec. 1325 -
                             ) Illegal Entry (Felony)
            Defendant.       )
_____)
```

The United States Attorney charges:

Count 1

On or about __3-05_____, within the Southern District of California, defendant JOSE ROMERO-ARROYO, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//

//

WDK:psd:San Diego
3/4/08

## Count 2

On or about July 29, 2007, within the Southern District of California, defendant JOSE ROMERO-ARROYO, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: March 27, 2008.

KAREN P. HEWITT
United States Attorney

DOUGLAS KEEHN
Assistant U.S. Attorney