```
 1 │ KAREN P. HEWITT
   │ United States Attorney
 2 │ DOUGLAS KEEHN
   │ Assistant United States Attorney
 3 │ California State Bar No. 233686
   │ United States Attorney's Office
 4 │ 880 Front Street, Room 6293
   │ San Diego, California 92101-8893
 5 │ Telephone: (619) 557-6549
   │ Facsimile:  (619) 557-5551
 6 │ Email: douglas.keehn@usdoj.gov
 7 │ Attorneys for Plaintiff
   │ United States of America
 8 │
 9 │
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0927-GT |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **NOTICE OF APPEARANCE** |
| v. | ) | |
| JOSE ROMERO-ARROYO, | ) | |
| Defendant. | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

    I, the undersigned attorney, enter my appearance as lead counsel for the United States in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

    The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

Name

None

| | |
|---|---|
| 1 | Effective this date, <u>the following attorneys are no longer associated with this case</u> and should |
| 2 | <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic |
| 3 | "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this |
| 4 | association): |
| 5 | <u>Name</u> |
| 6 | None |
| 7 | Please call me at the above-listed number if you have any questions about this notice. |
| 8 | DATED: April 17, 2008. |

Respectfully submitted,

KAREN P. HEWITT
United States Attorney


/s/ *Douglas Keehn*
DOUGLAS KEEHN
Assistant United States Attorney

Notice of Appearance
United States v. Jose Romero-Arroyo        2                                08CR0927

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08CR0927-GT |
|       Plaintiff, ) | |
| v. ) | **CERTIFICATE OF SERVICE** |
| JOSE ROMERO-ARROYO, ) | |
|       Defendant. ) | |

IT IS HEREBY CERTIFIED THAT:

I, Douglas Keehn, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the Notice of Appearance as lead counsel for the United States, dated April 17, 2008, and this Certificate of Service, dated April 17, 2008, on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

**Carey D. Gordon, Inc.**
Federal Defenders of San Diego
225 Broadway
Suite 900
San Diego, CA 92101-5008
(619) 234-8467
Fax: (619) 687-2666
*Lead Attorney for Defendant*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 17, 2008.

/s/ *Douglas Keehn*
DOUGLAS KEEHN
Assistant United States Attorney

Notice of Appearance
United States v. Jose Romero-Arroyo      3      08CR0927